1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9   Daniel Lee Baker,                    )    No. CV 09-0333-PHX-SMM (JRI)
                                         )
10             Petitioner,               )
                                         )
11   vs.                                 )    **MEMORANDUM OF DECISION AND**
                                         )    **ORDER**
12   Charles L. Ryan, et al.,            )
                                         )
13             Respondents.              )
     _____)

14

15          Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant

16   to 28 U.S.C. § 2254 (Doc. 1). Upon screening, the Court dismissed three of Petitioner's four

17   grounds for relief as improperly asserted civil rights claims (Doc. 7). The matter was then

18   referred to Magistrate Judge Jay R. Irwin for a Report and Recommendation (id.). On July

19   20, 2010, the Magistrate Judge filed a Report and Recommendation with this Court (Doc.

20   21). The Magistrate Judge recommended that Petitioner's Petition for Writ of Habeas

21   Corpus be construed as a civil rights complaint and be dismissed with prejudice for failure

22   to state a claim (id.). To date, no objections have been filed.

23                          **STANDARD OF REVIEW**

24          The Court "may accept, reject, or modify, in whole or in part, the findings or

25   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan,

26   923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy

27   of the Magistrate's recommendation within which to file specific written objections to the

28   Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's

1  recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's

2  factual findings and waives all objections to those findings on appeal.  See Turner v. Duncan,

3  158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a Magistrate Judge's conclusion "is

4  a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."

5  Id.

**DISCUSSION**

7       Having reviewed the Report and Recommendation of the Magistrate Judge, and no

8  Objections having been made by any party thereto, the Court hereby incorporates and adopts

9  the Magistrate Judge's Report and Recommendation.  The Court construes Petitioner's

10 Petition for Writ of Habeas Corpus as a civil rights complaint pursuant to 42 U.S.C. § 1983

11 and dismisses the complaint with prejudice for failure to state a claim upon which relief can

12 be granted pursuant to 28 U.S.C. § 1915A (id.).

**CONCLUSION**

14      For the reasons set forth,

15      **IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation

16 of the Magistrate Judge (Doc. 21).

17      **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus

18 (Doc. 1), construed as a civil rights complaint, is **DISMISSED with prejudice**, thereby

19 terminating this case.  The Clerk of the Court shall enter judgment accordingly.

20      **IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to

21 proceed in forma pauperis on appeal are **DENIED** because Petitioner has not made a

22 substantial showing of the denial of a constitutional right.

23      DATED this 10th day of August, 2010.

Stephen M. McNamee
United States District Judge